IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RICHARD DELABRER, et al.

Case No. PJM 10-637

....o0o....

## MOTION TO UNSEAL

The United States of America by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and James A. Crowell IV, Assistant United States Attorney for said District, hereby moves this Court to unseal the indictment and arrest warrants in the above captioned case. The unsealing is now necessary for court proceedings.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

James A. Crowell IV
Assistant United States Attorney

It is so ORDERED, this 15th day of November 2010

William Connelly
United States Magistrate Judge