# UNITED STATES OF AMERICA

## vs.

## RICHARD DELABRER

**Criminal No. PJM-10-0637**                                    **Defendant's  Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 7/23/2012 | 7/23/2012 | Photographs of defendant and family members |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |